IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

            v.        No. 2:98-cr-20018-001

**WENDI KAY DUNCAN**
**(now WENDI KAY ANDERSON)**                                  **DEFENDANT**

## O R D E R

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

On November 20, 2012, the defendant was notified of her right to a hearing and she has not requested a hearing to determine exempt property.

**IT IS THEREFORE ORDERED** that garnishee pay to the plaintiff the sum of twenty-five percent (25%) of the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payments should be made payable to the United States District Court Clerk and mailed to Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, AR 72901, and should include the defendant's name and court number as reference.

**IT IS FURTHER ORDERED** that the garnishment of earnings due from garnishee to defendant shall be continuing in nature, and garnishee is directed to continue paying to plaintiff twenty-five percent (25%) of the earnings of defendant, as such earnings become due, until garnishee has paid over to the plaintiff the sum of $723,640.29 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

**IT IS SO ORDERED** this 18th day of January, 2013.

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**